UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
United States of America,

                       Plaintiff,

    - against-

James Sullivan

                       Defendant.
-----------------------------------------X

11 MAG 3113 (MRG)

JUDGMENT

The issues in the above entitled action having been brought on before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the court thereafter, on 2/24/2012, having granted the Government's Motion to Dismiss Count (1) one and accepted defendant's plea of guilty to Count (2) two, Unlawful Possession of Marijuana §221.05, in full satisfaction of the Amended Misdemeanor Complaint filed on 1/27/2012, it is,

**ORDERED, ADJUDGED AND DECREED:** The defendant is sentenced to pay a fine in the amount of $100.00 to be paid by 3/22/2012 or else appear 3/23/2012.

SO ORDERED:

_____
Martin R. Goldberg
United States Magistrate Judge

Dated: February 24, 2012
Middletown, N.Y.